UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>      v.<br><br>TISSIEANN MARY MARCHAND,<br><br>                       Defendant. | No. 2:18-CR-00135-SMJ<br><br>**PROTECTIVE ORDER** |

Before the Court, without oral argument, is the United States' Unopposed Motion for a Protective Order, ECF No. 25, and related motion to expedite, ECF No. 26. Having reviewed the pleadings and the file in this matter, the Court is fully informed and finds that good cause exists to grant the motions.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** The United States' Unopposed Motion for a Protective Order, **ECF No. 25**, and related motion to expedite, **ECF No. 26**, are **GRANTED**.

**2.** The United States will provide discovery materials on an ongoing basis to defense counsel as required by Rule 16, *Brady*, and *Giglio*.

**3.** Defense counsel may possess but not copy (excluding the production of necessary working copies) all discovery materials.

PROTECTIVE ORDER **-** 1

4. Defense counsel may show to, and discuss with, the Defendant all discovery materials.

5. Defense counsel shall not provide original or copies of discovery materials directly to the Defendant;

6. Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the Protective Order;

7. The United States, defense counsel, and witnesses may reference the existence and content of the discovery material in open and closed court proceedings relevant to this case. Any reference to the content of the medical records shall be filed under seal, until further order of the Court.

8. The parties may seek relief from this Order for good cause shown.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 22nd day of August 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge