# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 11, 2019

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Marchand, Tissieann Mary | Docket No. | 0980 2:18CR00135-SMJ-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Stephen Krous, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Tissieann Mary Marchand, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 19th day of July 2019, under the following conditions:

**Additional Conditions of Release #14**: Defendant shall remain in the Eastern District of Washington while the case is pending. By timely motion clearly stating whether opposing counsel and Pretrial Services object to the request, defendant may be permitted to travel outside this geographical area.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation #1: Tissieann Mary Marchand is alleged to be in violation of her pretrial release conditions by traveling to the Seattle, Washington, area on or about April 6, 2019, without first obtaining approval from the Court.

Supporting Evidence: On July 24, 2018, this officer reviewed the pretrial conditions of release with the defendant to include condition #14. The defendant signed the conditions acknowledging an understanding and was provided a copy.

On April 8, 2019, while this officer was speaking with Tissieann Mary Marchand, she disclosed she traveled to the Seattle, Washington, area or about April 6, 2019, in order to search for a new vehicle. This officer reviewed the pretrial release conditions with Ms. Marchand and she stated she did not realize she could not travel throughout the State of Washington. Additional Conditions of Release #14 was reviewed with Ms. Marchand and she now fully understands she must first obtain Court approval to travel outside the Eastern District of Washington.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: April 10, 2019 |
| by | s/Stephen Krous |
| | Stephen Krous<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

April 11, 2019
Date